1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JASON TYREE FRANKLIN,

    Defendant.

CASE NO.  07-5133M

DETENTION ORDER

Offense charged:

    Felon in Possession of Firearm, in violation of Title 18, U.S.C., Section 922(g)(1).

Date of Detention Hearing:  July 16, 2007

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant has an extensive criminal record.  It includes several firearms convictions, drug offenses, taking a motor vehicle, assault and domestic violence, several convictions for resisting arrest and obstructing a police officer, several convictions for failing to register as a sex offender, and theft.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

(2) After his release in March of 2007 from serving a state sentence, he fled as an absconder.

(3) Upon his arrest by state authorities, he possessed a firearm, which police later learned had been stolen.

(4) Defendant declined to be interviewed by this court's pretrial services officer.

(5) Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of July, 2007.

    /s/John L. Weinberg
JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 2
18 U.S.C. § 3142(i)